THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE R. LOO
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Tel: (415) 977-8927
    Fax: (415) 744-0134
    Email: Katherine.Loo@ssa.gov

Attorneys for defendant Michael J. Astrue,
    Commissioner of Social Security

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANGELA FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | No. EDCV-07-1367-SS<br><br>[~~PROPOSED~~] **JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social
3  Security for further proceedings consistent with the Stipulation for Remand.
4  DATED: 6/23/08

   _____
   HON. SUZANNE H. SEGAL
   UNITED STATES MAGISTRATE JUDGE

14 Presented by:
15 THOMAS P. O'BRIEN
16 United States Attorney
   LEON W. WEIDMAN
17 Assistant United States Attorney
18 Chief, Civil Division

19  /s/ - *Katherine R. Loo*
20 KATHERINE R. LOO
21 Special Assistant United States Attorney

22 Attorneys for Defendant