Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANGELA FLORES, )<br>)<br>   Plaintiff, )<br>   v. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>   Defendant. ) | No.  EDCV 07-1367 SS<br><br>ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND ONE HUNDRED DOLLARS and 00/cents ($2,100.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.     7/11/08                              /S/

DATED: _____  _____
                                HON. SUZANNE H. SEGAL
                                UNITED STATES MAGISTRATE JUDGE